1   Richard G. Grotch, Esq. – SBN 127713
    **CODDINGTON, HICKS & DANFORTH**
2   **A Professional Corporation, Lawyers**
    555 Twin Dolphin Drive, Suite 300
3   Redwood City, CA  94065-2133
    Telephone: (650) 592-5400
4   Facsimile:  (650) 592-5027
    E-mail:  rgrotch@chdlawyers.com
5
    **ATTORNEYS FOR** Defendant
6   EL SUPER BURRITO, INC.

7

8                           UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12  IRMA RAMIREZ and DAREN HEATHERLY,         Case No.    C 11-0807 DMR
    each an individual,
13                                            EL SUPER BURRITO, INC.'S ANSWER TO
                      Plaintiffs,             COMPLAINT FOR INJUNCTIVE RELIEF AND
14                                            DAMAGES
    vs.
15
    EL SUPER-BURRITO, INC., a California
16  CORPORATION; and THE WELCH FAMILY
    PARTNERSHIP, a California Limited
17  Partnership

18                    Defendants.

19

20        COMES NOW defendant EL SUPER BURRITO, INC. and in response to the complaint of

21  plaintiffs on file herein, herewith admits, denies, and aver as hereinafter set forth.

22                                         I.

23        Responding to paragraph 1 of the complaint, this responding defendant avers that the allegations

24  are merely legal conclusions and that no response is therefore required; to the extent a further,

25  substantive response is required, this defendant denies the remaining allegations therein contained.

26  ///

27  ///

28
                                           1
    ANSWER TO COMPLAINT
    Case No:  C 11-0807 DMR

II.

Responding to paragraph 2 of the complaint, this responding defendant lacks sufficient information to form a belief as to the truth of the allegations that plaintiffs are persons with disabilities or that they visited the premises of El Super Burrito, Inc. on the dates alleged, or on any dates.  This responding defendant denies the remaining allegations therein contained.

III.

Responding to paragraph 3 of the complaint, this responding defendant avers that the allegations are merely legal conclusions and that no response is therefore required; this responding defendant does not dispute this Court's subject matter jurisdiction over the federal claims alleged; to the extent a further, substantive response is required, this defendant denies the remaining allegations therein contained.

IV.

Responding to paragraph 4 of the complaint, this responding defendant admits that it operates a business at the address alleged and that the address alleged is located in the County of San Mateo, State of California;  the remaining allegations are merely legal conclusions and no response is therefore required; to the extent a further, substantive response is required, this defendant denies the remaining allegations therein contained.

V.

Responding to paragraph 5 of the complaint, this responding defendant lacks sufficient information to form a belief as to the truth of the allegations that plaintiffs are persons with disabilities, much less persons with the particular disabilities alleged and on that basis denies the allegations;  the remaining allegations are merely legal conclusions and no response is therefore required; to the extent a further, substantive response is required, this defendant denies the remaining allegations therein contained.

///

///

///

///

2

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

VI.

Responding to paragraph 6 of the complaint, this responding defendant admits that El Super Burrito, Inc. is a California corporation and the lessee of property located at 780 El Camino Real, Millbrae, California; the remaining allegations are either legal conclusions to which no response is required or matters as to which it lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies those allegations.

VII.

Responding to paragraph 7 of the complaint, this responding defendant avers that the allegations are merely legal conclusions and that no response is therefore required; to the extent a further, substantive response is required, this defendant denies the remaining allegations therein contained.

VIII.

Responding to paragraph 8 of the complaint, this responding defendant admits that El Super Burrito, Inc. is a California corporation; as to the remaining allegations, defendant avers that they are merely legal conclusions and that no response is therefore required; to the extent a further, substantive response is required, this defendant denies the remaining allegations therein contained.

IX.

Responding to paragraph 9 of the complaint, this responding defendant admits that El Super Burrito, Inc. is a restaurant located at 780 El Camino Real, Millbrae, California; as to the remaining allegations, defendant avers that they are merely legal conclusions and that no response is therefore required; to the extent a further, substantive response is required, this defendant denies the remaining allegations therein contained.

X.

Responding to paragraph 10 of the complaint, to the extent the allegations therein contained pertain to this responding defendant, defendant denies those allegations; to the extent the allegations pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies them.

///

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

XI.

Responding to paragraph 11 of the complaint, to the extent the allegations therein contained pertain to this responding defendant, defendant denies those allegations; to the extent the allegations pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies them.

XII.

Responding to paragraph 12 of the complaint, to the extent the allegations therein contained pertain to this responding defendant, defendant denies those allegations; to the extent the allegations pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies them.

XIII.

Responding to paragraph 13 of the complaint, this responding defendant lacks sufficient information to form a belief as to the truth of the allegations therein contained and on that basis denies them.

XIV.

Responding to paragraph 14 of the complaint, this responding defendant lacks sufficient information to form a belief as to the truth of the allegations therein contained and on that basis denies them.

XV.

Responding to paragraph 15 of the complaint, this responding defendant lacks sufficient information to form a belief as to the truth of the allegations therein contained and on that basis denies them.

XVI.

Responding to paragraph 16 of the complaint, this responding defendant lacks sufficient information to form a belief as to the truth of the allegations therein contained and on that basis denies them.

///

4

XVII.

Responding to paragraph 17 of the complaint, this responding defendant lacks sufficient information to form a belief as to the truth of the allegations therein contained and on that basis denies them.

XVIII.

Responding to paragraph 18 of the complaint, this responding defendant lacks sufficient information to form a belief as to the truth of the allegations therein contained and on that basis denies them.

XIX.

Responding to paragraph 19 of the complaint, this responding defendant avers that the allegations therein contained are either legal conclusions to which no response is required or matters as to which it lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies those allegations.

XX.

Responding to paragraph 20 of the complaint, this responding defendant avers that the allegations therein contained are either legal conclusions to which no response is required or matters as to which it lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies those allegations.

XXI.

Responding to paragraph 21 of the complaint, to the extent the allegations therein contained pertain to this responding defendant, defendant denies those allegations; to the extent the allegations pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies them.

///

///

///

///

5

1

XXII.

2
Responding to paragraph 22 of the complaint, to the extent the allegations therein contained

3
pertain to this responding defendant, defendant denies those allegations; to the extent the allegations

4
pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the

5
allegations and on that basis denies them.

6

XXIII.

7
Responding to paragraph 23 of the complaint, this responding defendant avers that the

8
allegations therein contained are merely legal conclusions and that no response is therefore required; to

9
the extent a further, substantive response is required, this defendant denies the remaining allegations

10
therein contained.

11

XXIV.

12
Responding to paragraph 24 of the complaint, to the extent the allegations therein contained

13
pertain to this responding defendant, defendant denies those allegations; to the extent the allegations

14
pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the

15
allegations and on that basis denies them.

16

XXV.

17
Responding to paragraph 25 of the complaint, this responding defendant avers that the

18
allegations therein contained are either legal conclusions to which no response is required or matters as

19
to which it lacks sufficient information to form a belief as to the truth of the allegations and on that basis

20
denies those allegations.

21

XXVI.

22
Responding to paragraph 26 of the complaint, this responding defendant lacks sufficient

23
information to form a belief as to the truth of the allegations therein contained and on that basis denies

24
them.

25

XXVII.

26
Responding to paragraph 27 of the complaint, to the extent the allegations therein contained

27
pertain to this responding defendant, defendant denies those allegations; to the extent the allegations

28

6

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

1    pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the

2    allegations and on that basis denies them.

3                                         XXVIII.

4          Responding to paragraph 28 of the complaint, to the extent the allegations therein contained

5    pertain to this responding defendant, defendant denies those allegations; to the extent the allegations

6    pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the

7    allegations and on that basis denies them.

8                                          XXIX.

9          Responding to paragraph 29 of the complaint, this responding defendant avers that the

10   allegations are merely legal conclusions and that no response is therefore required; to the extent a further,

11   substantive response is required, this defendant denies the allegations therein contained.

12                                          XXX.

13         Responding to paragraph 30 of the complaint, this responding defendant avers that to the extent

14   the allegations purport to recite the relief to which plaintiffs claim to be entitled, no response is required;

15   to the extent a further, substantive response is required, this defendant denies the allegations therein

16   contained.

17                                         XXXI.

18         Responding to paragraph 31 of the complaint, this responding defendant avers that to the extent

19   the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no

20   response is required; to the extent a further, substantive response is required, this defendant denies the

21   allegations therein contained.

22                                         XXXII.

23         Responding to paragraph 32 of the complaint, this responding defendant avers that to the extent

24   the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no

25   response is required; to the extent a further, substantive response is required, this defendant denies the

26   allegations therein contained.

27   ///

28

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

XXXIII.

Responding to paragraph 33 of the complaint, to the extent the allegations therein contained pertain to this responding defendant, defendant denies those allegations; to the extent the allegations pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies them.

XXXIV.

Responding to paragraph 34 of the complaint, this responding defendant avers that the allegations therein contained are either legal conclusions to which no response is required or purport to recite the relief to which plaintiffs claim to be entitled, no response is required; to the extent a further, substantive response is required, this defendant denies the allegations therein contained.

XXXV.

Responding to paragraph 35 of the complaint, to the extent the allegations therein contained pertain to this responding defendant, defendant denies those allegations; to the extent the allegations pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies them.

XXXVI.

Responding to paragraph 36 of the complaint, to the extent the allegations therein contained pertain to this responding defendant, defendant denies those allegations; to the extent the allegations pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies them.

XXXVII.

Responding to paragraph 37 of the complaint, to the extent the allegations therein contained pertain to this responding defendant, defendant denies those allegations; to the extent the allegations pertain to another party, defendant lacks sufficient information to form a belief as to the truth of the allegations and on that basis denies them.

///

///

8

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

1    XXXVIII.

2    Responding to paragraph 38 of the complaint, this responding defendant lacks sufficient

3    information to form a belief as to the truth of the allegations therein contained and on that basis denies

4    them.

5    XXXIX.

6    Responding to paragraph 39 of the complaint, this responding defendant re-alleges and

7    incorporates by this reference, as though fully set forth here, the admissions, denials, and averments set

8    forth in paragraphs I through XXXVIII, above.

9    XL.

10    Responding to paragraph 40 of the complaint, this responding defendant avers that the

11    allegations contained therein are merely legal conclusions and that no response is therefore required.

12    XLI.

13    Responding to paragraph 41 of the complaint, this responding defendant avers that the

14    allegations contained therein are merely legal conclusions and that no response is therefore required.

15    XLII.

16    Responding to paragraph 42 of the complaint, this responding defendant avers that the

17    allegations contained therein are merely legal conclusions and that no response is therefore required.

18    XLIII.

19    Responding to paragraph 43 of the complaint, this responding defendant avers that the

20    allegations contained therein are merely legal conclusions and that no response is therefore required.

21    XLIV.

22    Responding to paragraph 44 of the complaint, this responding defendant avers that the

23    allegations contained therein are merely legal conclusions and that no response is therefore required.

24    XLV.

25    Responding to paragraph 45 of the complaint, this responding defendant avers that the

26    allegations contained therein are merely legal conclusions and that no response is therefore required.

27    ///

28

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

1
XLVI.

2
Responding to paragraph 46 of the complaint, this responding defendant avers that the

3
allegations contained therein are merely legal conclusions and that no response is therefore required.

4
XLVII.

5
Responding to paragraph 47 of the complaint, this responding defendant avers that the

6
allegations contained therein are merely legal conclusions and that no response is therefore required.

7
XLVIII.

8
Responding to paragraph 48 of the complaint, this responding defendant avers that the

9
allegations contained therein are merely legal conclusions and that no response is therefore required.

10
XLIX.

11
Responding to paragraph 49 of the complaint, this responding defendant avers that the

12
allegations contained therein are merely legal conclusions and that no response is therefore required.

13
L.

14
Responding to paragraph 50 of the complaint, this responding defendant avers that the

15
allegations contained therein are merely legal conclusions and that no response is therefore required.

16
LI.

17
Responding to paragraph 51 of the complaint, this responding defendant re-alleges and

18
incorporates by this reference, as though fully set forth here, the admissions, denials, and averments set

19
forth in paragraphs I through L, above.

20
LII.

21
Responding to paragraph 52 of the complaint, this responding defendant avers that the

22
allegations contained therein are merely legal conclusions and that no response is therefore required.

23
LIII.

24
Responding to paragraph 53 of the complaint, this responding defendant avers that the

25
allegations contained therein are merely legal conclusions and that no response is therefore required.

26
///

27
///

28

10

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

1

LIV.

2 Responding to paragraph 54 of the complaint, this responding defendant avers that the

3 allegations contained therein are merely legal conclusions and that no response is therefore required.

4

LV.

5 Responding to paragraph 55 of the complaint, this responding defendant avers that the

6 allegations contained therein are merely legal conclusions and that no response is therefore required.

7

LVI.

8 Responding to paragraph 56 of the complaint, this responding defendant avers that the

9 allegations contained therein are merely legal conclusions and that no response is therefore required; to

10 the extent a further, substantive response is required, this defendant denies the allegations therein

11 contained.

12

LVII.

13 Responding to paragraph 57 of the complaint, this responding defendant avers that the

14 allegations contained therein are merely legal conclusions and that no response is therefore required; to

15 the extent a further, substantive response is required, this defendant denies the allegations therein

16 contained.

17

LVIII.

18 Responding to paragraph 58 of the complaint, this responding defendant avers that the

19 allegations contained therein are merely legal conclusions and that no response is therefore required; to

20 the extent a further, substantive response is required, this defendant denies the allegations therein

21 contained.

22

LIX.

23 Responding to paragraph 59 of the complaint, this responding defendant avers that the

24 allegations contained therein are merely legal conclusions and that no response is therefore required; to

25 the extent a further, substantive response is required, this defendant denies the allegations therein

26 contained.

27

28

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

LX.

Responding to paragraph 60 of the complaint, this responding defendant avers that to the extent the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no response is required; to the extent a further, substantive response is required, this defendant denies the allegations therein contained.

LXI.

Responding to paragraph 61 of the complaint, this responding defendant avers that to the extent the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no response is required; to the extent a further, substantive response is required, this defendant denies the allegations therein contained.

LXII.

Responding to paragraph 62 of the complaint, this responding defendant avers that to the extent the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no response is required; to the extent a further, substantive response is required, this defendant denies the allegations therein contained.

LXIII.

Responding to paragraph 63 of the complaint, this responding defendant re-alleges and incorporates by this reference, as though fully set forth here, the admissions, denials, and averments set forth in paragraphs I through LXII, above.

LXIV.

Responding to paragraph 64 of the complaint, this responding defendant avers that the allegations contained therein are merely legal conclusions and that no response is therefore required.

LXV.

Responding to paragraph 65 of the complaint, this responding defendant avers that the allegations contained therein are merely legal conclusions and that no response is therefore required; to the extent a further, substantive response is required, this defendant denies the allegations therein contained.

12

1
## LXVI.

2     Responding to paragraph 66 of the complaint, this responding defendant avers that the

3 allegations contained therein are merely legal conclusions and that no response is therefore required; to

4 the extent a further, substantive response is required, this defendant denies the allegations therein

5 contained.

6
## LXVII.

7     Responding to paragraph 67 of the complaint, this responding defendant avers that the

8 allegations contained therein are merely legal conclusions and that no response is therefore required; to

9 the extent a further, substantive response is required, this defendant denies the allegations therein

10 contained.

11
## LXVIII.

12     Responding to paragraph 68 of the complaint, this responding defendant avers that the

13 allegations contained therein are merely legal conclusions and that no response is therefore required; to

14 the extent a further, substantive response is required, this defendant denies the allegations therein

15 contained.

16
## LXIX.

17     Responding to paragraph 69 of the complaint, this responding defendant avers that to the extent

18 the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no

19 response is required; to the extent a further, substantive response is required, this defendant denies the

20 allegations therein contained.

21
## LXX.

22     Responding to paragraph 70 of the complaint, this responding defendant avers that to the extent

23 the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no

24 response is required; to the extent a further, substantive response is required, this defendant denies the

25 allegations therein contained.

26 ///

27 ///

28

13

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

LXXI.

Responding to paragraph 71 of the complaint, this responding defendant avers that to the extent the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no response is required; to the extent a further, substantive response is required, this defendant denies the allegations therein contained.

LXXII.

Responding to paragraph 72 of the complaint, this responding defendant re-alleges and incorporates by this reference, as though fully set forth here, the admissions, denials, and averments set forth in paragraphs I through LXXI, above.

LXXIII.

Responding to paragraph 73 of the complaint, this responding defendant avers that the allegations contained therein are merely legal conclusions and that no response is therefore required; to the extent a further, substantive response is required, this defendant denies the allegations therein contained.

LXXIV.

Responding to paragraph 74 of the complaint, this responding defendant avers that the allegations contained therein are merely legal conclusions and that no response is therefore required; to the extent a further, substantive response is required, this defendant denies the allegations therein contained.

LXXV.

Responding to paragraph 75 of the complaint, this responding defendant avers that the allegations contained therein are merely legal conclusions and that no response is therefore required; to the extent a further, substantive response is required, this defendant denies the allegations therein contained.

LXXVI.

Responding to paragraph 76 of the complaint, this responding defendant avers that to the extent the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no

14

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

1  response is required; to the extent a further, substantive response is required, this defendant denies the

2  allegations therein contained.

### LXXVII.

4  Responding to paragraph 77 of the complaint, this responding defendant avers that to the extent

5  the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no

6  response is required; to the extent a further, substantive response is required, this defendant denies the

7  allegations therein contained.

### LXXVIII.

Responding to paragraph 78 of the complaint, this responding defendant avers that to the extent

the allegations purport to recite the damages and other relief to which plaintiffs claim to be entitled, no

response is required; to the extent a further, substantive response is required, this defendant denies the

allegations therein contained.

### AFFIRMATIVE DEFENSES

### LXXIX.

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

FILE HEREIN, this answering defendant alleges that plaintiffs' complaint, and each cause of action

thereof, fails to state facts sufficient to constitute a cause of action against this defendant.

### LXXX.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

FILE HEREIN, this answering defendant alleges that this court lacks subject matter jurisdiction over

this matter because there is no actionable wrong arising under the Americans with Disabilities Act of

1990, 42 U.S.C. § 12101 *et seq*.

### LXXXI.

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

FILE HEREIN, this answering defendant alleges that this court lacks supplemental jurisdiction over all

claims arising under California state law, including, but not limited to, claims under California Health and

Safety Code § 19955, *et seq.*, and California Civil Code §§ 51, 51.5, 54, *et seq.*, because there is no

actionable wrong arising under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.*

LXXXII.

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

FILE HEREIN, this answering defendant alleges that this court lacks subject matter jurisdiction over

this matter because there is no actionable wrong arising under California Health and Safety Code §

19955, *et seq.*

LXXXIII.

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

FILE HEREIN, this answering defendant alleges that this court lacks subject matter jurisdiction over

this matter because there is no actionable wrong arising under Cal. Civ. Code §§ 54, 54.1, 54.3, *et seq.*

LXXXIV.

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

FILE HEREIN, this answering defendant alleges that this court lacks subject matter jurisdiction over

this matter because there is no actionable wrong arising under the Unruh Civil Rights Act, Cal. Civ. Code

§§ 51,  51.5, *et seq.*

LXXXV.

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

ON FILE HEREIN, this answering defendant alleges that plaintiffs' claims are barred, in whole or in

part, by the doctrines of estoppel, waiver, laches, and unclean hands.

LXXXVI.

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

ON FILE HEREIN, this answering defendant alleges that plaintiffs have not suffered any loss or harm

as a result of any act or omission of this responding defendant and, therefore, plaintiffs' complaint

against defendant is barred.

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

LXXXVII.

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

FILE HEREIN, this answering defendant alleges that plaintiffs failed subsequent to the events described

in the complaint properly to mitigate their damages and thereby are precluded from recovering those

damages which could have reasonably been avoided by the exercise of due care on their part.

LXXXVIII.

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

FILE HEREIN, this answering defendant alleges, on information and belief, that no removal of barriers

or alternative methods of modification are or were "readily achievable" as defined in Title III of the

Americans with Disabilities Act of 1990 (42 U.S.C. §12101 *et seq.*)

LXXXIX.

AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

COMPLAINT ON FILE HEREIN, this answering defendant alleges that at all relevant times, defendant

has met all federal and state statutory and regulatory obligations owed to plaintiffs and all other

individuals with disabilities, and therefore plaintiffs' complaint against defendant is barred.

XC.

AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE  COMPLAINT

ON FILE HEREIN, this answering defendant alleges that imposition of any punitive or exemplary

damages in this matter would violate defendant's rights to due process of law in violation of the

California Constitution and the United States Constitution.

XCI.

AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

COMPLAINT ON FILE HEREIN, this answering defendant alleges that named and/or unnamed third

parties were careless, negligent or at fault for the matters alleged in the complaint; that said carelessness,

negligence or fault of said named and/or unnamed third parties proximately contributed to the

ANSWER TO COMPLAINT
Case No:  C 11-0807 DMR

happening of the events alleged and to the injuries, loss and damage complained of by plaintiffs, if any there were; that should plaintiffs recover damages, this answering defendant is entitled to have the amount thereof abated, reduced or eliminated to the extent that said named and/or unnamed third parties caused or contributed to plaintiffs' injuries, if any.

XCII.

AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs acted with full knowledge of all the facts and circumstances surrounding their injuries and assumed the risk of the matters causing their injuries, and that said matters of which plaintiffs assumed the risk proximately contributed to the happening of the events at bar and proximately caused their injuries and damages, if any.

WHEREFORE, this answering defendant prays for judgment as follows:

1.     That plaintiffs take nothing by virtue of their complaint on file herein and that this action be dismissed;

2.     For costs of suit herein incurred;

3.     For reasonable attorneys' fees incurred;

4.     That plaintiffs' requested injunction be denied; and

5.     For such other and further relief as the Court may deem just and proper.

Dated:  April 27, 2011                                           CODDINGTON, HICKS & DANFORTH

                                                                         /s/ *Richard G. Grotch*

                                                                By:_____
                                                                         Richard G. Grotch
                                                                         Attorney for Defendant
                                                                         El Super Burrito, Inc.

18