| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| | THOMAS E. FRANKOVICH |
| 2 | *A PROFESSIONAL LAW CORPORATION* |
| | 4328 Redwood Hwy, Suite 300 |
| 3 | San Rafael, CA   94903 |
| | Telephone:     415/674-8600 |
| 4 | Facsimile:      415/674-9900 |
| 5 | Attorneys for Plaintiffs ,IRMA RAMIREZ |
| | and DAREN HEATHERLY, each an individual |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY, each an individual, | ) ) ) | CASE NO. CV-11-0807-DMR (EMC) |
| Plaintiffs, | ) ) | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |
| v. | ) ) | |
| EL SUPER-BURRITO, INC., a California CORPORATION; and THE WELCH FAMILY PARTNERSHIP, a California Limited Partnership, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON       CV-11-0807-DMR (EMC)

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute one
5  original document.

9  Dated: September 13, 2011  THOMAS E. FRANKOVICH
                               *A PROFESSIONAL LAW CORPORATION*

13  By: __/S/ *Thomas E. Frankovich*__
        Thomas E. Frankovich
14      Attorney for IRMA RAMIREZ and DAREN
        HEATHERLY, each an individual

19
20  Dated: _____, 2011  **BRANSON, BRINKOP, GRIFFITH & STRONG, LLP**

23
24  By: _____
        **John R. Campo, Esq.**
25      Attorneys for THE WELCH FAMILY
        PARTNERSHIP.

27  ///
28  ///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:_____
    Thomas E. Frankovich
Attorney for IRMA RAMIREZ and DAREN HEATHERLY, each an individual

Dated: 9-13, 2011

BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

By:_____
    John R. Campo, Esq.
Attorneys for THE WELCH FAMILY PARTNERSHIP.

///
///

Dated: September 13, 2011     CODDINGTON, HICKS & DANFORTH

By: _____
**Richard G. Grotch, Esq.**
Attorneys for EL SUPER-BURRITO, INC.

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 9/14, 2011

IT IS SO ORDERED
Judge Edward M. Chen

Honorable _____
UNITED STATES DISTRICT JUDGE